B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re: Steven A Kirkbride
Katherine A Kirkbride
Debtor(s)

Case No. 11-30495
Chapter 7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 6 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 8/11/11        Signature /s/ Steven A Kirkbride
                    Debtor

Date 8/11/11        Signature /s/ Katherine A Kirkbride
                    Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Steven A Kirkbride,**
     **Katherine A Kirkbride**

Case No. __11-30495__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank Checking Account *5070 | C | 69.00 |
| | | | Chase Bank Checking Account *1103 | C | 50.00 |
| | | | Anchor Bank Checking Account *4948 | C | 904.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods: 4 beds, 2 computers, desk, washer/dryer, 2 end tables, 4 lamps, cookware, utensils, small appliances, vacuum cleaner, dishwasher, microwave, printer, stove, refrigerator, sofa, freezer, dishes, 3 dressers, TV. | C | 2,990.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books | C | 100.00 |
| | | | Paul Allender Guitar | C | 500.00 |
| | | | 2005 Gibson Faded Flying Guitar | C | 575.00 |
| | | | Washburn Hob-E Guitar | C | 70.00 |
| | | | Dean V Acoustic Guitar | C | 100.00 |
| | | | Les Paul Gibson Guitar | C | 550.00 |
| | | | BC Rich Warlock Guitar | C | 80.00 |
| 6. | Wearing apparel. | | Clothing | C | 1,000.00 |
| 7. | Furs and jewelry. | | Wedding ring | C | 1,500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | Camera, gardening tools, power tools, bike, sports equipment | C | 400.00 |

| | Sub-Total > (Total of this page) | 8,888.00 |
|---|---|---|

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Steven A Kirkbride,**
**Katherine A Kirkbride**

Case No. **11-30495**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **West Coast Term Life Insurance** | C | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Purity Dialysis Center 401k** | C | 37,265.00 |
| | | **Roth IRA** | H | 3,839.00 |
| | | **Roth IRA** | W | 1,398.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total > **42,503.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Steven A Kirkbride,**
**Katherine A Kirkbride**

Case No. **11-30495**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 Honda Pilot (50,000 miles) | C | 20,885.00 |
| | | 1999 Harley Davidson Motorcycle (20,000 miles) | C | 4,500.00 |
| | | 2007 Toyota Tundra (35,000 miles) | C | 23,395.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Yellow Lab | C | 150.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| | | | Sub-Total > (Total of this page) | 48,930.00 |

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property
Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Case 11-30495-jes    Doc 7    Filed 08/11/11    Page 4 of 7    Best Case Bankruptcy

In re  **Steven A Kirkbride,**  
       **Katherine A Kirkbride**

Case No. __**11-30495**__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 100,321.00 |

Sheet __3__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  Steven A Kirkbride,
       Katherine A Kirkbride
                                                  Debtors

Case No. __11-30495__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Bank Checking Account *5070 | 11 U.S.C. § 522(d)(5) | 69.00 | 69.00 |
| Chase Bank Checking Account *1103 | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| Anchor Bank Checking Account *4948 | 11 U.S.C. § 522(d)(5) | 904.00 | 904.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods: 4 beds, 2 computers, desk, washer/dryer, 2 end tables, 4 lamps, cookware, utensils, small appliances, vacuum cleaner, dishwasher, microwave, printer, stove, refrigerator, sofa, freezer, dishes, 3 dressers, TV. | 11 U.S.C. § 522(d)(3) | 2,990.00 | 2,990.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books | 11 U.S.C. § 522(d)(3) | 100.00 | 100.00 |
| Paul Allender Guitar | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| 2005 Gibson Faded Flying Guitar | 11 U.S.C. § 522(d)(5) | 575.00 | 575.00 |
| Washburn Hob-E Guitar | 11 U.S.C. § 522(d)(5) | 70.00 | 70.00 |
| Dean V Acoustic Guitar | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| Les Paul Gibson Guitar | 11 U.S.C. § 522(d)(5) | 550.00 | 550.00 |
| BC Rich Warlock Guitar | 11 U.S.C. § 522(d)(5) | 80.00 | 80.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Wedding ring | 11 U.S.C. § 522(d)(4) | 1,500.00 | 1,500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Camera, gardening tools, power tools, bike, sports equipment | 11 U.S.C. § 522(d)(3) | 400.00 | 400.00 |
| **Interests in Insurance Policies** | | | |
| West Coast Term Life Insurance | 11 U.S.C. § 522(d)(7) | 1.00 | 1.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Purity Dialysis Center 401k | 11 U.S.C. § 522(d)(12) | 37,265.00 | 37,265.00 |
| Roth IRA | 11 U.S.C. § 522(d)(12) | 3,839.00 | 3,839.00 |
| Roth IRA | 11 U.S.C. § 522(d)(10)(E) | 1,398.00 | 1,398.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Case 11-30495-jes   Doc 7   Filed 08/11/11   Page 6 of 7

Best Case Bankruptcy

In re  Steven A Kirkbride,
       Katherine A Kirkbride

Case No. __11-30495__

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2009 Honda Pilot (50,000 miles) | 11 U.S.C. § 522(d)(5) | 1,900.00 | 20,885.00 |
| 2007 Toyota Tundra (35,000 miles) | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 6,900.00<br>16,495.00 | 23,395.00 |
| **Animals** | | | |
| Yellow Lab | 11 U.S.C. § 522(d)(5) | 150.00 | 150.00 |
| | Total: | 76,836.00 | 95,821.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt